

FILED

JAN 0 9 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE FEDERAL LAPSE IN APPROPRIATIONS ) Case No.: 18-mc-01938-BTM
)
) TEMPORARY GENERAL ORDER
) STAYING CIVIL MATTERS
) INVOLVING THE UNITED
) STATES AS A DEFENDANT
)
)
)
)
)
)

Before the Court is the *Ex Parte* Application of the United States for a Temporary General Order Staying Civil Matters Involving the United States as a Party arising from a lapse in appropriations currently impacting the Department of Justice and the United States Attorney's Office for the Southern District of California. Having considered the *Ex Parte* Application of the United States, and for good cause shown, the Court enters this General Order.

1. At midnight on December 21, 2018, funding for the Department of Justice expired and appropriations to the Department lapsed. Many other Executive agencies are also experiencing a lapse in appropriations.

2. Absent funding, Assistant U.S. Attorneys and support staff assigned to the Civil Division of the U.S. Attorney's Office who are funded by direct

appropriations may not lawfully provide uncompensated services on behalf of the Government.

> An officer or employee of the United States Government . . . may not accept voluntary services . . . exceeding that authorized by law except for emergencies involving the safety of human life or the protection of property. . . [T]he term "emergencies involving the safety of human life or the protection of property" does not include ongoing, regular functions of government the suspension of which would not imminently threaten the safety of human life or the protection of property.

31 U.S.C. § 1342. As a result, on December 22, 2018, non-supervisory Assistant U.S. Attorneys and support staff assigned to the Civil Division of the U.S. Attorney's Office, funded by direct appropriations, went into furlough status. Furlough means the placing of an employee in a temporary status without duties because of lack of work or funds or other nondisciplinary reasons. 5 U.S.C. § 7511(a)(5). If the funding situation does not change, some Assistant U.S. Attorneys may be called back from furlough status, but only on a critical need basis to protect life or property.

  3. The United States Attorney's Office has sought a stay of all civil cases within the Southern District of California wherein the United States or an agency, corporation, officer or employee of the United States is a party until Congress restores appropriations to the Department of Justice. This includes those cases involving federally funded facilities (and their officers, employees, and contractors) that the U.S. Department of Health and Human Services Secretary has deemed to be employees of the U.S. Public Health Service pursuant to the Federally Supported Health Centers Assistance Act ("FSHCAA"), 42 U.S.C. § 233(g)-(n), as amended by the Federally Supported Health Centers Assistance Act of 1995, Pub. L. No. 104-73, 109 Stat. 777 (1995). These entities are shielded under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-2680 from liability while acting within the scope of their duties, with the United States assuming liability for any negligent

acts they may commit. 42 U.S.C. § 233(g)(l). Further, the United States Attorney's Office has requested that the Court extend all current deadlines commensurate with the duration of the lapse in appropriations. This includes but is not limited to the electronic filing of all Social Security Administration Transcripts and the delivery of courtesy copies of the transcripts to the Court.

4.    Based on the number of cases involved, consulting all parties to all litigation in which the United States, or an agency, corporation, officer or employee of the United States is a defendant, is impracticable. Likewise, requesting individual extensions of time or stays in such cases, at a time when U.S. Attorney's Office personnel may not lawfully work, is impracticable.

5.    To preserve the status quo until restoration of funding, all civil cases within the Southern District of California wherein the United States or an agency, corporation, officer or employee, deemed or otherwise, of the United States is a defendant are stayed unless otherwise ordered by the assigned district judge. All deadlines, due dates or cut-off dates in such cases are extended for a period of time commensurate with the duration of the lapse in appropriations.

6.    Civil hearings involving the United States or an agency, corporation, officer or employee, deemed or otherwise, of the United States as a defendant will be reset at a time after the lapse in appropriations.

7.    This Order does not alter, vacate or stay any obligation of individuals to pay amounts previously lawfully determined to be owed to the United States or to an agency or office of the United States.

8.    This Order does not prohibit, in any manner, the ability of parties to file claims or commence actions against the United States. However, the cases or matters commenced while there is a lapse in appropriations will be immediately stayed, pending restoration of appropriations. All deadlines, response dates, due dates or cut-off dates in such cases will be extended for a period of time commensurate with the duration of the lapse in appropriations.

9. The United States Attorney's Office shall notify the Court when Congress restores appropriations to the Department of Justice, and the Court will enter additional instructions and guidance at that time.

**IT IS SO ORDERED.**

DATED: January 9, 2019

_____
BARRY TED MOSKOWITZ,
Chief Judge
United States District Court

_____
LARRY A. BURNS, Judge
United States District Court

see attached
_____
DANA M. SABRAW, Judge
United States District Court

_____
WILLIAM Q. HAYES, Judge
United States District Court

_____
JANIS L. SAMMARTINO, Judge
United States District Court

_____
ANTHONY J. BATTAGLIA, Judge
United States District Court

_____
CATHY ANN BENCIVENGO, Judge
United States District Court

_____
GONZALO P. CURIEL, Judge
United States District Court

_[signature]_

CYNTHIA BASHANT, Judge
United States District Court

_see attached_

WILLIAM B. ENRIGHT, Judge
United States District Court

_[signature]_

MARILYN L. HUFF, Judge
United States District Court

_see attached_

JEFFREY T. MILLER, Judge
United States District Court

_[signature]_

THOMAS J. WHELAN, Judge
United States District Court

_see attached_

M. JAMES LORENZ, Judge
United States District Court

_[signature]_

JOHN A. HOUSTON, Judge
United States District Court

_see attached_

ROGER T. BENITEZ, Judge
United States District Court

_[signature]_

MICHAEL M. ANELLO, Judge
United States District Court

9.   The United States Attorney's Office shall notify the Court when Congress restores appropriations to the Department of Justice, and the Court will enter additional instructions and guidance at that time.

**IT IS SO ORDERED.**

DATED: _____

_____
BARRY TED MOSKOWITZ,
Chief Judge
United States District Court

_____
LARRY A. BURNS, Judge
United States District Court

_____
DANA M. SABRAW, Judge
United States District Court

_____
WILLIAM Q. HAYES, Judge
United States District Court

_____
JANIS L. SAMMARTINO, Judge
United States District Court

_____
ANTHONY J. BATTAGLIA, Judge
United States District Court

_____
CATHY ANN BENCIVENGO, Judge
United States District Court

_____
GONZALO P. CURIEL, Judge
United States District Court

4

CYNTHIA BASHANT, Judge
United States District Court

WILLIAM B. ENRIGHT, Judge
United States District Court

MARILYN L. HUFF, Judge
United States District Court

JEFFREY T. MILLER, Judge
United States District Court

THOMAS J. WHELAN, Judge
United States District Court

M. JAMES LORENZ, Judge
United States District Court

JOHN A. HOUSTON, Judge
United States District Court

ROGER T. BENITEZ, Judge
United States District Court

MICHAEL M. ANELLO, Judge
United States District Court

5

```
 1

 2

 3

 4   _____        _____
     CYNTHIA BASHANT, Judge              WILLIAM B. ENRIGHT, Judge
 5   United States District Court        United States District Court

 6

 7

 8

 9   _____        _____
     MARILYN L. HUFF, Judge              JEFFREY T. MILLER, Judge
10   United States District Court        United States District Court

11

12

13

14   _____        _____
     THOMAS J. WHELAN, Judge             M. JAMES LORENZ, Judge
15   United States District Court        United States District Court

16

17

18

19   _____        _____
     JOHN A. HOUSTON, Judge              ROGER T. BENITEZ, Judge
20   United States District Court        United States District Court

21

22

23

24   _____
     MICHAEL M. ANELLO, Judge
25   United States District Court

26

27

28
```

| | |
|---|---|
| CYNTHIA BASHANT, Judge<br>United States District Court | WILLIAM B. ENRIGHT, Judge<br>United States District Court |
| MARILYN L. HUFF, Judge<br>United States District Court | JEFFREY T. MILLER, Judge<br>United States District Court |
| THOMAS J. WHELAN, Judge<br>United States District Court | M. JAMES LORENZ, Judge<br>United States District Court |
| JOHN A. HOUSTON, Judge<br>United States District Court | ROGER T. BENITEZ, Judge<br>United States District Court |
| MICHAEL M. ANELLO, Judge<br>United States District Court | |

5